UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING RANGE, JR.,

                Plaintiff,

-v-                                    CIVIL ACTION NO.: 18 Civ. 5149 (KPF) (SLC)

OFA PARTNERS LLC and EDDIE BAUER LLC,      **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

During a conference on June 18, 2019, the Honorable Henry B. Pitman directed counsel for Plaintiff King Range, Jr. to disclose to counsel for Defendants "contemporaneous time records" for this case "by July 16[,]" 2019. (ECF No. 46 at 24). Judge Pitman memorialized that direction in an order dated June 20, 2019, which stated that "Plaintiff's counsel is directed to provide counsel for defendants with plaintiff's counsel's contemporaneous time records for this matter no later than July 16, 2019." (ECF No. 45). Although a settlement conference scheduled for July 23, 2019 was adjourned at Plaintiff's request, (ECF Nos. 48, 49), the Court's orders directing Plaintiff's counsel to produce contemporaneous time records was never vacated nor withdrawn.

During a settlement conference held today (see ECF No. 86), the Court learned that Plaintiff's counsel has not, in fact, produced any time records to Defendants' counsel. Accordingly, by **February 15, 2022**, Plaintiff's counsel shall produce to Defendants' counsel contemporaneous time records for this action. By **February 22, 2022**, the parties shall meet and confer and file a joint letter advising the Court whether they would like the Court to (i)

resume the settlement conference, or (ii) schedule a case management conference to set a schedule for the remaining pre-trial proceedings.

Dated:     New York, New York
           February 1, 2022

>                      SO ORDERED.
>
>                      _____
>                      SARAH L. CAVE
>                      United States Magistrate Judge