# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

March 31, 2022

Via ECF
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York

    **Re:** *King Range, Jr. v. OFA Partners LLC and Eddie Bauer LLC*

    **Docket No. 1:18-cv-05149-(KPF) (SLC)**

Dear Judge Failla:

    We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to extend the deadline the parties to file a joint letter setting forth the proposed schedule for any remaining pretrial proceedings from March 31, 2022 to April 29, 2022; as well as to adjourn the April 7, 2022 telephone conference to a date in May 2022. This is the first application to extend the deadline and adjourn the conference date. The reason for this request is because the parties are engaged in serious settlement negotiations and desire to expend their time and resources toward resolution instead of incurring additional litigation expenses. All parties consent to this application. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.

---

The applications within the parties' letter-motion (ECF No. 90) are GRANTED. The April 7, 2022 Telephone Conference before the undersigned (see ECF No. 89) is ADJOURNED to **Tuesday, May 10, 2022 at 12:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties' deadline to file a joint-letter setting forth a proposed schedule for any remaining pretrial proceedings is ADJOURNED to **Friday, April 29, 2022**. The parties shall promptly advise the Court if they reach a settlement agreement or if they seek the Court's assistance in their settlement discussions.

The Clerk of Court is respectfully directed to close ECF No. 90.

SO ORDERED 4/1/2022

/s/ Sarah L. Cave
SARAH L. CAVE
United States Magistrate Judge