# PARKER HANSKI LLC
40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600

May 31, 2022

Via ECF
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York



Re:   *King Range, Jr. v. OFA Partners LLC and Eddie Bauer LLC*

**Docket No. 1:18-cv-05149-(KPF) (SLC)**

Dear Judge Failla:

    We represent the plaintiff in the above-entitled action. On behalf of all the parties, we write to respectfully ask the Court to extend the deadline, contained in Your Honor's Order of May 3, 2022 (See ECF Document #93), to make an application to restore the action to June 30, 2022. The reason for this request is because the parties require the additional time to fully execute the settlement agreement and fulfill its terms. This is the first application to extend the deadline and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

                      very truly yours,

                      /s/
                  Glen H. Parker, Esq.

```
Application GRANTED.  The deadline articulated in the
Court's Order dated May 2, 2022 (Dkt. #93), is hereby
extended to June 30, 2022.  The Clerk of Court is directed
to terminate the pending motion at docket number 94.

Dated:    May 31, 2022           SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE